UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-15-F
5:11-CV-467-F

| UNITED STATES OF AMERICA | SEALED ORDER |
| v. | DEFENDANT'S MOTION TO FILE DOCUMENT UNDER SEAL |
| MARQUETTE TERRELL JONES<br>Defendant | |

THIS matter coming to be heard upon Motion of Defendant Jones, and this Court finding good cause for granting the relief requested;

[DE-53]  [DE-54]

THEREFORE it is Ordered that the Defendant's Response and Motion filed this date and is hereby **ALLOWED** to be filed under seal until such time as ordered unsealed by this Court. The Clerk is authorized to serve a copy of these documents upon counsel for the Government and Defendant Jones.

SO ORDERED.

This 9th day of January, 2012.

Honorable James C. Fox
Senior United States District Judge